# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LARRY DEAN ROBERTSON

NO. 2025 KW 0806

**NOVEMBER 17, 2025**

---

In Re:    Larry Dean Robertson, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 2004-164532.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's application for postconviction relief, filed November 17, 2023, on or before December 22, 2025. A copy of the district court's action shall be filed in this court on or before December 30, 2025.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT